UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHE MING LU, | ) Case No. CV 14-7057-ODW (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF U.S. |
| | ) MAGISTRATE JUDGE |
| TIM PEREZ, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files of this case, and the Report and Recommendation of U.S. Magistrate Judge. On April 1, 2016, Petitioner filed objections to the R&R, in which he essentially simply repeats arguments from his earlier filings.

Accordingly, having made a de novo determination of those portions of the R&R to which Petitioner objected, the Court accepts the Magistrate Judge's findings and recommendations. IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 25, 2016

OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE