**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES CHE MING LU,                    ) Case No. CV 14-7057-ODW (JPR)
                                      )
                Petitioner,           )
                                      )        **J U D G M E N T**
            v.                        )
                                      )
TIM PEREZ, Warden,                    )
                                      )
                Respondent.           )
_____ )

    Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 25, 2016

_____
OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE